**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LEONARD J. PORTO, III, <br><br>  Plaintiff, <br><br> v. <br><br> CITY OF LAGUNA BEACH, et al., <br><br>  Defendants. | Case No. SACV 12-00501-DOC (PLA) <br><br> ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the amended complaint, the motion to dismiss, and all of the records and files herein, and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation.

IT IS ORDERED:

1. All federal claims against all defendants are dismissed with prejudice but for the claim against the City of Laguna Beach and John Pieteg, in his official capacity, challenging the durational residency requirement for utilizing the Alternative Sleeping Location ("ASL").

2. The state law claim brought under the California Public Records Act is DISMISSED without prejudice.

Dated: May 21, 2013

*David O. Carter*
_____
David O. Carter
United States District Judge

2