UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEONARD J. PORTO, III, | No. SA CV 12-00501-DOC (PLA) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S THIRD REPORT AND RECOMMENDATION** |
| v. | |
| CITY OF LAGUNA BEACH, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the magistrate judge's third report and recommendation. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The third report and recommendation is accepted.

2. Defendants' Motion for Summary Judgment is granted.

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: June 5, 2014

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE