UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LEONARD J. PORTO, III, | ) | No. SA CV 12-00501-DOC (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CITY OF LAGUNA BEACH, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order accepting the magistrate judge's third report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 5, 2014

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE